DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RODNEY DESSBERG,

Appellant,

v.

LAKEWOOD RANCH REALTY GROUP, LLC, d/b/a Keller
Williams Realty Select,

Appellee.

No. 2D2025-0869

_____

January 21, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Sarasota County; Stephen M. Walker, Judge.

Marcus K. Soares of Soares Law, PLC, Boca Raton, for Appellant.

Thomas M. Fitzgibbons of Fitzgibbons Law Office, Sarasota, for Appellee.

PER CURIAM.

    Dismissed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior publication.